MURPHY, Judge, dissenting
I agree with the Majority's analysis of the merits of this case. However, I do not join the Majority in treating the Appellant's brief as a petition for writ of certiorari as she failed to request for us to do so or file a petition in conformity with N.C. R. App. P. 21(a) and consequently would not reach the merits. I am persuaded that this situation is no different from the situation in the unpublished decision we issued in *830 State v. Scott , No. COA 15-559, --- N.C. App. ----, 781 S.E.2d 351, 2015 WL 8750613 (N.C. Ct. App. December 15, 2015) (unpublished), applying State v. Inman , 206 N.C. App 324, 696 S.E.2d 567 (2010). Further, I "decline to exercise [my] discretion under Rule 2 to correct the defects in [Appellant]'s purported petition for writ of certiorari ." State v. McCoy , 171 N.C. App. 636, 639, 615 S.E.2d 319, 321 (2005). "It is not the role of the appellate courts ... to create an appeal for an [A]ppellant." Krause v. RK Motors, LLC , --- N.C. App. ----, ----, 797 S.E.2d 335, 339 (2017) (citing Viar v. N.C. Dep't of Transp. , 359 N.C. 400, 402, 610 S.E.2d 360, 361 (2005) ). Accordingly, I respectfully dissent and would dismiss the appeal.